UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

M.A.C. and MILTON CAMPBELL,

    Plaintiffs,

v.

INDEPENDENT SCHOOL DISTRICT 196,
and CHRIS ORR,

    Defendants.

Civil No. 09cv0483 JNE/JJK

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 7, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' application for leave to proceed in forma pauperis, (Doc. No. 2), is denied without prejudice;

2. Plaintiffs' motion seeking "a pre-paid scholarship for tuition, books, and housing at the University, undergrad, plus Law/Grad School of [Plaintiff MAC's] choice in the United States," (Doc. No. 6), is denied without prejudice; and

3. This action is dismissed without prejudice.

Dated: July 22, 2009

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge